IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | |
|---|---|
| Mildenzel M. Davis,<br><br>                              Plaintiff,<br>v.<br><br>Cpt. Brunson, Cpl. Benjamin, and<br>Officer Ms. Davis,<br>                              Defendants. | Case Number 1:13-cv-3458-TLW<br><br>Order |

On December 12, 2013, Plaintiff Mildenzel M. Davis filed this civil action alleging violations of his constitutional rights pursuant to 42 U.S.C. § 1983. Doc. #1. On April 11, 2014, Defendants filed a motion for summary judgment. Doc. #51. The matter now comes before this Court for review of the Report and Recommendation ("Report") filed by Magistrate Judge Shiva V. Hodges, Doc. #64, to whom this case was assigned. In the Report, the Magistrate Judge recommends that the Court grant Defendants' motion for summary judgment. Id. Objections were due by September 29, 2014. Plaintiff has filed no objections to the Report.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that Report. 28 U.S.C. § 636. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

This Court has carefully reviewed the Magistrate Judge's Report and Recommendation. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate

Judge's Report and Recommendation, Doc. #64, is **ACCEPTED.** Defendants' motion for summary judgment, Doc. #51, is **GRANTED.** Plaintiff's Complaint is **DISMISSED**, and Plaintiff's pending motion for a physical and mental evaluation, Doc. #48, and motion to amend, Doc. #49, are terminated as **MOOT**.

    **IT IS SO ORDERED**.

                                          s/Terry L. Wooten
                                    Chief United States District Judge

November 12, 2014
Columbia, South Carolina